UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

Order Filed on July 27, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

Marta Medina

Case Number: 17-23042

Hearing Date: July 26, 2017

Judge: SLM

Chapter: 13

Recommended Local Form:   [X] Followed   [ ] Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 27, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been presented to the Court by _____debtor's attorney_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to __all creditors__ is reinstated effective the date of this order.

*rev. 7/12/16*