Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−23042−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marta Medina
   166 Paterson Ave
   Paterson, NJ 07502−2120

Social Security No.:
   xxx−xx−2545

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/28/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 28, 2017
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-23042-SLM
Marta Medina                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Dec 28, 2017
                             Form ID: 148             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2017.
```
db              Marta Medina,    166 Paterson Ave,    Paterson, NJ   07502-2120
516904328       Imagining Subspecialists of North Jersey,    PO Box 3607,    Evansville, IN   47735-3607
516904329      +Med Busi Bureau,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
516904330      +Mercantile Adjustment,    Po Box 9016,    Williamsville, NY 14231-9016
516904331       Phoenix Financial,    PO Box 361450,    Indianapolis, IN  46236-1450
516904332      +Pluese, Becker & Saltzman, Llc,    20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
516904333      +Specialized Loan Servicing,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
516973173      +U.S. Bank National Association,Trustee(See 410),    c/o Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 28 2017 22:54:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 28 2017 22:54:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
516904325      +EDI: CIAC.COM Dec 28 2017 22:28:00      Citi Mortgage,    Po Box 9438,
                 Gaithersburg, MD 20898-9438
516904326      +E-mail/Text: bkynotice@harvardcollect.com Dec 28 2017 22:55:07      Harvard Collection,
                 4839 Elston Ave,    Chicago, IL 60630-2589
516904327      +EDI: IIC9.COM Dec 28 2017 22:28:00      IC Systems,    Po Box 64378,    Saint Paul, MN 55164-0378
                                                                                               TOTAL: 5
```

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2017 at the address(es) listed below:
```
              Benjamin Jamie Ginter    on behalf of Debtor Marta  Medina gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor   U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```